JS-6

1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| DANIEL N, | Case No. 5:21-cv-00530-GJS |
| Plaintiff | |
| v. | **JUDGMENT** |
| KILOLO KIJAKAJI, Acting Commissioner of Social Security, | |
| Defendant. | |

17
18    Pursuant to the Court's Memorandum Opinion and Order,

19    IT IS ADJUDGED that the decision of the Commissioner of the Social Security

20  Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

21
22  DATED: December 16, 2022
23                                    _____
24                                    GAIL J. STANDISH
                                      UNITED STATES MAGISTRATE JUDGE
25
26
27
28